UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
ANTHONY VALENTINE,                         :        11-cv-4338(JSR)
                                           :
            Petitioner,                    :            ORDER
                                           :
     -v-                                   :
                                           :
UNITED STATES OF AMERICA,                  :
                                           :
            Respondent.                    :
------------------------------------------x   8/8/14

JED S. RAKOFF, U.S.D.J.

     On April 24, 2014, the Honorable Henry Pitman, United States

Magistrate Judge, issued a Report and Recommendation in the above-

captioned matter recommending the denial of petitioner's petition filed

pursuant to 28 U.S.C. § 2255.

     Petitioner has failed to file any objection to the Report and

Recommendation by the extended due date granted of June 17, 2014, and,

for that reason alone, has waived any right to review by this Court.

See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food

Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002); Spence v.

Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir.

2000). Accordingly, the Court hereby adopts the Report and

Recommendation, and, for the reasons therein, dismisses the petition

with prejudice. In addition, because petitioner has not made a

substantial showing of the denial of a constitutional right, a

certificate of appealability will not issue. Moreover, the Court

certifies that any appeal from this Order would not be taken in good

faith, as petitioner's claim lacks any arguable basis in law or fact,

and therefore permission to proceed in forma pauperis is also denied.

See 28 U.S.C. § 1915(a)(3); see also Seimon v. Emigrant Savs. Bank (In

re Seimon), 421 F.3d 167, 169 (2d Cir. 2005). Clerk to enter judgment.

SO ORDERED.


Dated: New York, New York
       August 7 , 2014                                JED S. RAKOFF, U.S.D.J.